UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM COHNS,                                          )<br>                                                     )<br>          Plaintiff,                                )<br>                                                     )<br>               v.                                   )<br>                                                     )<br>JO ANNE B. BARNHART,                                 )<br>COMMISSIONER, SOCIAL SECURITY                        )<br>ADMINISTRATION,                                      )<br>                                                     )<br>          Defendant.                                 )<br>                                                     )<br>_____)               | NO. CV 06-629-CT<br><br>JUDGMENT |

    IT IS ADJUDGED that judgment is entered in favor of defendant Commissioner of Social Security for the reasons set forth in the court's Opinion and Order filed concurrently.

DATED: 6/30/06

                                                  / S /
                                                  CAROLYN TURCHIN
                                                  UNITED STATES MAGISTRATE JUDGE