UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM COHNS,<br><br>    Plaintiff,<br><br>        v.<br><br>JO ANNE B. BARNHART,<br>COMMISSIONER, SOCIAL SECURITY<br>ADMINISTRATION,<br><br>    Defendant. | NO. CV 06-629-CT<br><br>JUDGMENT |

IT IS ADJUDGED that judgment is entered in favor of defendant Commissioner of Social Security for the reasons set forth in the court's Opinion and Order filed concurrently.

DATED: 6/30/06

                      / S /
                      CAROLYN TURCHIN
                      UNITED STATES MAGISTRATE JUDGE